THE HONORABLE JOHN C. COUGHENOUR

# U.S. DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RINKY DINK, INC. d/b/a PET STOP, a Washington corporation; and FRANK KNOTT, a Washington resident, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>ELECTRONIC MERCHANT SYSTEMS, INC. d/b/a ACCEPT CREDIT CARD SERVICES, a Delaware corporation; JEFFREY GEHRS, a Virginia resident; and CALLFIRE, INC., a California corporation,<br><br>  Defendants. | NO. 2:13-cv-01347-JCC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR AMENDMENT OF ORDER AND FED. R. CIV. P. 54(b) CERTIFICATION** |

THIS MATTER came before the undersigned on the Plaintiffs' Motion for Amendment of Order and Fed. R. Civ. P. 54(b) Certification. Prior to ruling, the Court considered the following documents and evidence:

1. Plaintiffs' Motion for Amendment of Order and Fed. R. Civ. P. 54(b) Certification;

2. Defendants' Response to Plaintiffs' Motion for Amendment of Order and Fed. R. Civ. P. 54(b) Certification;

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR AMENDMENT OF ORDER AND FED. R.
CIV. P. 54(B) CERTIFICATION - 1
CASE NO. 2:13-CV-01347-JCC

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

3. Plaintiffs' Reply in Support of Motion for Amendment of Order and Fed. R. Civ. P. 54(b) Certification

4. _____.

Based on the foregoing, IT IS HEREBY ORDERED that the Plaintiffs' Motion for Amendment of Order and Fed. R. Civ. P. 54(b) Certification is GRANTED.

DATED and ENTERED this _____ day of _____, 2014.

_____
HONORABLE JOHN C. COUGHENOUR

Presented by

TERRELL MARSHALL DAUDT & WILLIE PLLC

By:   /s/ Beth E. Terrell, WSBA #26759
    Beth E. Terrell, WSBA #26759
    Email: bterrell@tmdwlaw.com
    Adrienne D. McEntee, WSBA #34061
    Email: amcentee@tmdwlaw.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103-8869
    Telephone: (206) 816-6603
    Facsimile: (206) 350-3528

    Rob Williamson, WSBA #11387
    Email: roblin@williamslaw.com
    Kim Williams, WSBA #9077
    Email: kim@williamslaw.com
    WILLIAMSON & WILLIAMS
    936 North 34th Street, Suite 300
    Seattle, Washington 98103-8869
    Telephone: (206) 466-6230
    Facsimile: (206) 535-7899

*Attorneys for Plaintiffs and the Proposed Classes*

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR AMENDMENT OF ORDER AND FED. R.
CIV. P. 54(B) CERTIFICATION - 2
CASE NO. 2:13-CV-01347-JCC

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

## CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on March 3, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Michael K. Vaska, WSBA #15438
>Email:  vaskm@foster.com
>Benjamin S. Halasz, WSBA No. 38437
>Email:  halab@foster.com
>FOSTER PEPPER PLLC
>1111 Third Avenue, Suite 3400
>Seattle, Washington  98101-3299
>Telephone:  (206) 447-4400
>Facsimile:  (206) 447-9700
>
>William F. Krebs, *Admitted Pro Hac Vice*
>Email:  wkrebs@beankinney.com
>Rachelle E. Hill, *Admitted Pro Hac Vice*
>Email:  rhill@beankinney.com
>BEAN, KINNEY & KORMAN, P.C.
>2300 Wilson Boulevard, Suite 700
>Arlington, Virginia  22201
>Telephone:  (703) 525-4000
>Facsimile:  (703) 525-2207
>
>*Attorneys for Defendants Electronic Merchant Systems and Jeffrey Gehrs*
>
>Duncan C. Turner, WSBA # 20597
>Email: duncanturner@badgleymullins.com
>BADGLEY MULLINS TURNER, PLLC
>19929 Ballinger Way NE, Suite 200
>Shoreline, Washington  98155
>Telephone: (206) 621-6566
>Facsimile: (206) 621-9686

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR AMENDMENT OF ORDER AND FED. R.
CIV. P. 54(B) CERTIFICATION - 3
CASE NO. 2:13-CV-01347-JCC

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 ● FAX 206.350.3528
www.tmdwlaw.com

1  Michael B. Hazzard, *Admitted Pro Hac Vice*
   Email:  Michael.hazzard@arentfox.com
2  Adam D. Bowser, *Admitted Pro Hac Vice*
   Email:  adam.bowser@arentfox.com
3  ARENT FOX LLP
   1717 K Street, NW
4  Washington, DC 20006-5344
   Telephone:  (202) 857-6126
5  Facsimile:  (202) 857-6395

6
   *Attorneys for Defendant CallFire, Inc.*
7
   DATED this 3rd day of March, 2015.
8
                                    TERRELL MARSHALL DAUDT & WILLIE PLLC
9
                                    By:   /s/ Beth E. Terrell, WSBA #26759
10                                        Beth E. Terrell, WSBA #26759
                                          Email: bterrell@tmdwlaw.com
11                                        936 North 34th Street, Suite 300
                                          Seattle, Washington  98103
12                                        Telephone:  (206) 816-6603
                                          Facsimile:  (206) 350-3528
13
14
                                    *Attorney for Plaintiffs and Proposed Classes*
15

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR AMENDMENT OF ORDER AND FED. R.
CIV. P. 54(B) CERTIFICATION - 4
CASE NO. 2:13-CV-01347-JCC

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com