THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6          U.S. DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
7

8   RINKY DINK, INC. d/b/a PET STOP, a
    Washington corporation; and FRANK KNOTT,
9   a Washington resident, individually and on        NO. 2:13-cv-01347-JCC
    behalf of all others similarly situated,
10                                                     **REPLY IN SUPPORT OF
                        Plaintiffs,                    PLAINTIFFS' MOTION FOR
11                                                     AMENDMENT OF ORDER AND
                    vs.                                FED. R. CIV. P. 54(b)
12                                                     CERTIFICATION**
13  ELECTRONIC MERCHANT SYSTEMS,
    INC. d/b/a ACCEPT CREDIT CARD
14  SERVICES, a Delaware corporation; JEFFREY
    GEHRS, a Virginia resident; and CALLFIRE,
15  INC., a California corporation,
16
                        Defendants.
17

18

19

20                      **I.  INTRODUCTION**

21          Plaintiffs Rinky Dink, Inc. and Frank Knott respectfully renew their request that this

22  Court amend its February 25, 2015 Order Sealing Documents and Granting Defendant

23  CallFire's Motion for Summary Judgment (Dkt. No. 113) ("Order") to include specific findings

24  that the Order is a final judgment with respect to CallFire, Inc., pursuant to Fed. R. Civ. P.

25  54(b).[1]  As Plaintiffs' Motion for Amendment of Order and Fed. R. Civ. P. 54(b) Certification

26  _____

27  [1] The Order addresses both Plaintiffs' claims under the TCPA and under the WADAD.  Plaintiffs seek certification
    of the Order as a whole, rather than limited to claims under the TCPA.

REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR
AMENDMENT OF ORDER AND FED. R. CIV. P. 54(B)        **TERRELL MARSHALL DAUDT & WILLIE PLLC**
CERTIFICATION - 1                                      936 North 34th Street, Suite 300
CASE NO. 2:13-CV-01347-JCC                              Seattle, Washington  98103-8869
                                                   TEL. 206.816.6603 • FAX 206.350.3528
                                                              www.tmdwlaw.com

1   explains, the Order is a final judgment with respect to Plaintiffs' claims against CallFire, the

2   Order involves claims that are factually and legally distinct from Plaintiffs' remaining claims

3   against Defendants Electronic Merchant Systems ("EMS") and Jeffrey Gehrs, and there is no

4   just reason for delay.

5        The Order addressed three issues: (1) whether CallFire is a common carrier subject to

6   liability under the TCPA, (2) whether CallFire initiated calls to Plaintiffs under the TCPA and

7   (3) whether CallFire initiated calls to Plaintiffs under the WADAD.  Consequently, the issues

8   Plaintiff seeks to have certified present purely legal questions that are wholly distinct and

9   separable from their remaining claims against EMS and Jeffrey Gehrs.

10                              **II.  ARGUMENT**

11        Defendant CallFire's argument that the Order cannot be certified under Rule 54(b)

12   because Plaintiffs' "claims are lodged equally against EMS, Gehrs, and CallFire" misses the

13   mark.  *See* Dkt. No. 119 at 2.  CallFire argues that Plaintiffs' claims against CallFire are

14   identical to their claims against EMS and Gehrs and that there is no way to "unscramble" them.

15   *Id.* at 3–4.  While it is true that Plaintiffs believe that all three Defendants in this action violated

16   the TCPA and the WADAD, the factual predicates for each Defendant's liability are separate

17   and distinct.  Moreover, the legal issues that Plaintiffs seek to resolve on appeal are entirely

18   distinct from any of the legal issues that remain before this Court.

19        The Court's February 24 Order focuses on whether CallFire is liable under the TCPA

20   and WADAD.  CallFire's liability hinges on whether or not CallFire has in fact established

21   itself as a common carrier, whether its potential status as a common carrier absolves CallFire

22   from liability, and whether CallFire initiated calls under the WADAD and TCPA.  These are

23   discrete legal issues that are entirely separate and distinct from whether EMS and Jeffrey Gehrs

24   are liable to Plaintiffs.

25        The Ninth Circuit has squarely endorsed Plaintiffs' position and affirmed Rule 54(b)

26   certification of a summary judgment order in an analogous case.  In *Noel v. Hall*, the district

27

REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR
AMENDMENT OF ORDER AND FED. R. CIV. P. 54(B)
CERTIFICATION - 2
CASE NO. 2:13-CV-01347-JCC

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1  court certified for appeal a summary judgment order dismissing wiretapping claims against one

2  of a number of defendants.  568 F.3d 743 (9th Cir. 2009).  The district court found that the

3  summary judgment order was a final judgment with respect to defendant Weisser because it

4  disposed of the case against him.  *Id*. at 747.  The court further found that there was no just

5  reason for delay.  *Id*.  This decision was affirmed by the Ninth Circuit, which determined that

6  "even though similar claims remain pending against other defendants, the factual bases of many

7  of the claims differ as to each defendant."  *Id.*  The precise situation in *Noel* is also presented

8  here: the factual bases for Plaintiffs' claims differ against each Defendant, supporting

9  certification for immediate review under Rule 54(b).

10         Contrary to CallFire's argument, certification of this Order does not present the danger

11  of piecemeal appeals.  The Order involves discrete legal issues regarding CallFire's liability to

12  Plaintiffs that rely on unique facts that are not shared by the other Defendants.  There is no

13  danger that these issues will need to be revisited by this Court.

14         Finally, there is no just reason to delay review of the Order.  Whether or not the Court

15  properly dismissed the claims against CallFire is in no way dependent on the remaining

16  proceedings.  Further, swift resolution of this appeal will result in a more expedient disposition

17  of the claims against CallFire.  *See Noel*, 568 F.3d at 747 (finding no reason for delay when

18  issue on appeal had potential to "end [one defendant's] journey through federal courts").

### III.  CONCLUSION

20         For the foregoing reasons, Plaintiffs respectfully request that the Court grant their

21  Motion for Amendment of Order and CR 54(b) Certification.

22

23

24

25

26

27

REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR
AMENDMENT OF ORDER AND FED. R. CIV. P. 54(B)
CERTIFICATION - 3
CASE NO. 2:13-CV-01347-JCC

1     RESPECTFULLY SUBMITTED AND DATED this 20th day of March, 2015.

2                                    TERRELL MARSHALL DAUDT & WILLIE PLLC

3

4                              By:   /s/ Beth E. Terrell, WSBA #26759
                                     Beth E. Terrell, WSBA #26759
5                                    Email:  bterrell@tmdwlaw.com
                                     Adrienne D. McEntee, WSBA #34061
6                                    Email:  amcentee@tmdwlaw.com
                                     936 North 34th Street, Suite 300
7                                    Seattle, Washington  98103-8869
                                     Telephone:  (206) 816-6603
8                                    Facsimile:  (206) 350-3528

9
                                     Rob Williamson, WSBA #11387
10                                    Email:  roblin@williamslaw.com
                                     Kim Williams, WSBA #9077
11                                    Email:  kim@williamslaw.com
                                     WILLIAMSON & WILLIAMS
12                                    2239 West Viewmont Way West
                                     Seattle, Washington  98199
13                                    Telephone:  (206) 294-3085

14
                                 *Attorneys for Plaintiffs and the Proposed Classes*
15

16

17

18

19

20

21

22

23

24

25

26

27

REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR
AMENDMENT OF ORDER AND FED. R. CIV. P. 54(B)
CERTIFICATION - 4
CASE NO. 2:13-CV-01347-JCC

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on March 20, 2015, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system which will send notification of

such filing to the following:

> Michael K. Vaska, WSBA #15438
> Email:  vaskm@foster.com
> Benjamin S. Halasz, WSBA No. 38437
> Email:  halab@foster.com
> FOSTER PEPPER PLLC
> 1111 Third Avenue, Suite 3400
> Seattle, Washington  98101-3299
> Telephone:  (206) 447-4400
> Facsimile:  (206) 447-9700

> William F. Krebs, *Admitted Pro Hac Vice*
> Email:  wkrebs@beankinney.com
> Rachelle E. Hill, *Admitted Pro Hac Vice*
> Email:  rhill@beankinney.com
> BEAN, KINNEY & KORMAN, P.C.
> 2300 Wilson Boulevard, Suite 700
> Arlington, Virginia  22201
> Telephone:  (703) 525-4000
> Facsimile:  (703) 525-2207

> *Attorneys for Defendants Electronic Merchant Systems and Jeffrey Gehrs*

> Duncan C. Turner, WSBA # 20597
> Email: duncanturner@badgleymullins.com
> BADGLEY MULLINS TURNER, PLLC
> 19929 Ballinger Way NE, Suite 200
> Shoreline, Washington  98155
> Telephone: (206) 621-6566
> Facsimile: (206) 621-9686

REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR
AMENDMENT OF ORDER AND FED. R. CIV. P. 54(B)
CERTIFICATION - 5
CASE NO. 2:13-CV-01347-JCC

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1

2

Michael B. Hazzard, *Admitted Pro Hac Vice*
Email:  Michael.hazzard@arentfox.com
Adam D. Bowser, *Admitted Pro Hac Vice*
Email:  adam.bowser@arentfox.com

3

ARENT FOX LLP
1717 K Street, NW

4

Washington, DC 20006-5344
Telephone:  (202) 857-6126

5

Facsimile:  (202) 857-6395

6

7

*Attorneys for Defendant CallFire, Inc.*

8

DATED this 20th day of March, 2015.

9

TERRELL MARSHALL DAUDT & WILLIE PLLC

10

By:  ___/s/ Beth E. Terrell, WSBA #26759___
Beth E. Terrell, WSBA #26759

11

Email: bterrell@tmdwlaw.com
936 North 34th Street, Suite 300

12

Seattle, Washington  98103
Telephone:  (206) 816-6603

13

Facsimile:  (206) 350-3528

14

*Attorney for Plaintiffs and Proposed Classes*

15

16

17

18

19

20

21

22

23

24

25

26

27

REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR
AMENDMENT OF ORDER AND FED. R. CIV. P. 54(B)
CERTIFICATION - 6
CASE NO. 2:13-CV-01347-JCC